IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GLORIA GARRARD                                                                                    PLAINTIFF

VS.                                                                                    CAUSE NO. 1:09-cv-103-DAS

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY                                                    DEFENDANT

## ORDER GRANTING ADDITIONAL
## TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES

Before the court is the plaintiff's ore tenus motion for additional time to file a brief in support of the complaint in the above cause, and the court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion, does **ORDER** as follows:

That the plaintiff is hereby allowed an extension of time in which to file her brief in the above styled and numbered cause, said extension to run through and including the 2nd day of December, 2009.

SO ORDERED this, the 26th day of October, 2009.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE